IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

VINCENT URAN WILLIAMS #1042968 )
(Full Name)           (Register No.) )
TIPTON CORRECTIONAL CENTER )
619 NORTH OSAGE AVE. )
TIPTON, MISSOURI 65081 )
)
Plaintiff(s), )
) 08-0423-CV-W-NKL-P
v. ) No. _____
(1) MISSOURI PUBLIC DEFFENDERS )
SYSTEM )
(Full Name) )
(2) J.MARTY ROBINSON 231 E.CAPITOL )
AVE.JEFF CITY,MO.65101 )
(3) JEFFREY M.MARTIN )
(4) NANCY GRAY )
(5) TODD SCHULTZ 1300 Locust ST. )
          Defendant(s). )
HARRISONVILLE, MO.64701

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): TIPTON CORRECTIONAL CENTER 619 N.OSAGE AVE.TIPTON,MISSOURI 65081

II. Parties to this civil action:

   Please give your commitment name and any other name(s) you have used while incarcerated.

   A. Plaintiff: VINCENT URAN WILLIAMS   Register No. 1042968

      Address: TCC 619 N.OSAGE AVE.

      TIPTON, MISSOURI 65081

   B. Defendant J.MARTY ROBINSON (2)

      is employed as DIRECTOR OF MISSOURI PUBLIC DEFENDER SYSTEM

      at 231 E.CAPITOL AVE.JEFFERSON CITY,MO.65101

   For additional plaintiffs or defendants, provide above information in same format on a separate page.

5/96

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

DEFENDANTS:

(3) JEFFREY M MARTIN DRISTRICT DEFENDER TRIAL DIVISION AREA 17
(4) NANCY GRAY       PUBLIC DEFENDER AREA 17
(5) TODD SCHULTZ     PUBLIC DEFENDER AREA 17
1300 LOCUST STREET
HARRISONVILLE, MISSOURI 64701

III.  Do your claims involve medical treatment?  Yes ___  No _X_

IV.  Do you request a jury trial?  Yes _X_  No ___

V.  Do you request money damages?  Yes _X_  No ___

State the amount claimed.  $250,000/250,000 (actual/punitive)
ACTUAL   PUNITIVE

VI.  Are the wrongs alleged in your complaint continuing to occur? Yes _X_  No ___

VII.  Grievance procedures: N/A

  A.  Does your institution have an administrative or grievance procedure?

  Yes _N/A_  No ___

  B.  Have the claims in this case been presented through an administrative or grievance procedure within the institution?  Yes _N/A_  No ___

  C.  If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

  _____
  _____
  _____

  D.  If you have not filed a grievance, state the reasons.

  THERE IS NO GRIEVANCE PROCEDURE AVAILABLE TO DEAL WITH THE PUBLIC DEFENDER SYSTEM. I COMPLAINED TO THE COURT TO NO AVAIL.

VIII.  Previous civil actions:

  A.  Have you begun other cases in state or federal courts dealing with the same facts involved in this case?  Yes ___  No _X_

  B.  Have you begun other cases in state or federal courts relating to the conditions of or your treatment while in confinement?  Yes ___  No _X_

  C.  If your answer is "yes," to either of the above questions, provide the following information for each case.

    (1)  Style: _____
              (Plaintiff)          (v.)          (Defendant)

    (2)  Date filed: _____

    (3)  Court where filed: _____

    (4)  Case number and citation: _____

(5) Basic claim made: _____

_____

(6) Date of disposition: _____

(7) Disposition: _____
    [(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

_____

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

J.MARTY ROBINSON, JEFFERY MARTIN, NANCY GRAY AND TODD SCHULTZ ARE MEMBERS OF THE MISSOURI PUBLIC DEFENDERS OFFICE, THE DEFENDANTS VIOLATED PLAINTIFFS 5th, 6th, 8th AND 14th AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION BY FAILING TO PROVIDE THE PLAINTIFF E WITH DISCOVERY AND PROVIDE COMPENT REPRESENTATION TO THE CHARGE OF TRAFFICKING IN THE SECOND DEGREE.

HAD THE DEFENDANTS HAD THE EVIDENCE RE TESTED AS DIRECTED BY THE COURT THE TEST WOULD HAVE SHOWN THE POWDERED SUBSTANCE TO BE BAKING SODA.

B. State briefly your legal theory or cite appropriate authority:

FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

Case 4:08-cv-00423-NKL    Document 1    Filed 06/06/08    Page 4 of 5

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

   <u>I WOULD LIKE A TRIAL BY JURY AND WOULD LIKE</u>

   ~~COMPENSATION FOR ACTUAL AND PUNITIVE DAMAGES.~~

XI. Counsel:

   A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name.

   B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes ___    No ___

   If so, state the name(s) and address(es) of each lawyer contacted.

   COVER AND WEAVER

   137 W. FRANKLIN PO BOX 506    CLINTON, MO. 64735

   If not, state your reasons.

   C.  Have you previously had a lawyer representing you in a civil action in this court?

   Yes ___    No x

   If so, state the lawyer's name and address:

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __3__ day of __JUNE__, 20__08__.

*VINCENT U. WILLIAMS*

(Signature(s) of Plaintiff(s))

Case 4:08-cv-00423-NKL    Document 1    Filed 06/06/08    Page 5 of 5